UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MISAEL ESPINOSA VALDES,

Petitioner,

v.

WARDEN, CALIFORNIA CITY IMMIGRATION CENTER, et al.,

Respondents.

No. 1:26-cv-06202-DAD-JDP

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS; GRANTING PETITION FOR WRIT OF HABEAS CORPUS; AND DENYING RESPONDENTS' MOTION TO DISMISS

(Doc. Nos. 1, 8, 12)

Petitioner Misael Espinosa Valdes is a federal immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 4, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's petition for writ of habeas corpus (Doc. No. 1) be granted. (Doc. No. 12.) Specifically, the magistrate judge first determined that respondents' motion to dismiss the petition pursuant to the first to file rule or, alternatively, as an abuse of the writ, should be denied because petitioner voluntarily dismissed his previously filed petition in the Middle District of Florida. (*Id.* at 3–4.) The magistrate judge next determined that there is no "'significant likelihood that petitioner will be removed in the reasonably foreseeable future,' his

continued detention is unlawful, and he must be released." (*Id.* at 4–5.) The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within three (3) days after service. (*Id.* at 6.)

On September 8, 2026, respondents filed objections to the findings and recommendations which are comprised of a single sentence stating that respondents object for the same reasons presented in their prior briefing. (Doc. No. 13.) These objections do not provide a basis upon which to reject the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons stated above,

1. The findings and recommendations (Doc. No. 12) are ADOPTED IN FULL;
2. Petitioner's petition for writ of habeas corpus (Doc. No. 1) is GRANTED as follows:
   a. Respondents are ORDERED to immediately release petitioner Misael Espinosa Valdes, A-File No. 072-087-030, from respondents' custody under the same conditions, if any, he was subject to prior to his re-detention on or about January 28, 2026;
   b. Respondents are ENJOINED and RESTRAINED from re-detaining petitioner unless they follow all procedures set forth in 8 C.F.R. §§ 241.4(l), 241.13(i), and any other applicable statutory and regulatory procedures;
2. Respondents' motion to dismiss (Doc. No. 8) is DENIED;
3. The Clerk of the Court is directed to serve a copy of this order on the California City Detention Facility; and

/////

/////

/////

4. The Clerk of the Court is also directed to enter judgment in favor of petitioner and close this case.

IT IS SO ORDERED.

Dated: **September 12, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE